# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TEMURBEK HIKMATULLAEV, an individual, and ASATILLA YAKVALKHODJAEV, an individual,<br>   Plaintiffs,<br><br> v.<br><br>MARCO ALESSANDRO VILLA, an individual, ALESSIO MULASSO, an individual, and GIORGIO MARIANI, an individual, LUMECH, INC., a Florida corporation, and JOHN DOES 1-25, unknown individuals.<br>   Defendants,<br><br> and<br><br>COINBASE, INC., a Delaware corporation,<br>   Third-Party Respondents. | No. 1:23-cv-22338 |

## JOINT STIPULATION AND MOTION FOR
## VOLUNTARY DISMISSAL WITH PREJUDICE

The above-named Plaintiffs and Defendants, by and through their respective undersigned counsel, and pursuant to Fed.R.Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss this case with prejudice, as the parties have settled this matter. Each party agrees to bear their own respective attorneys' fees and costs to date. The settlement has been finalized and all settlement documents have been exchanged by and between the parties.

The parties, therefore, jointly move this Court to accept this Stipulation, grant this Motion, and enter dismissal, with prejudice, consistent with this Stipulation, and only retain jurisdiction to enforce the terms of the parties' settlement agreement, should it become necessary.

Defendants Villa, Mariani, Mulasso and Lumech Inc. deny liability for all claims and insist they never violated the law, engaged in intentional or otherwise fraudulent acts, malfeasance or wrongdoing to deprive Plaintiffs of any funds.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order dismissing this case, with prejudice.

Submitted this 2nd day of November, 2023.

| By:   /s/ Chirag H. Patel | By:   /s/ Daniel A. Milian |
|---|---|
| Chirag H. Patel (*admitted pro hac vice*) <br> Clark Hill, PLC <br> 130 E Randolph St Suite 3900 <br> Chicago, IL 60601 <br> 312-985-5900 <br> cpatel@clarkhill.com <br><br> Lisa Carney Eldridge (*admitted pro hac vice*) <br> Clark Hill, PLC <br> Two Commerce Square <br> 2001 Market Street, Suite 2620 <br> Philadelphia, PA 19103-7042 <br> 215-640-8514 <br> leldridge@clarkhill.com <br><br> Christina M. Flores <br> Florida Bar No. 125966 <br> Gordon Rees Scully Mansukhani <br> 100 S. Ashley Drive, Suite 1290 <br> Tampa, FL 33602 <br> 312-796-2964 <br> cflores@grsm.com <br> kwarrington@grsm.com <br> dpocica@grsm.com <br><br> *Counsel for Plaintiffs* | Daniel A. Milian <br> Ana E. Tovar <br> Fowler White Burnett, P.A. <br> 14th Floor, Brickell Arch <br> 1395 Brickell Avenue <br> Miami, FL  33131 <br> 305-789-9200 <br> dmilian@fowler-white.com <br> atovar@fowler-white.com <br><br> *Counsel for Defendants Marco Alessandro Villa, Giorgio Mariani and Lumech Inc.* |

| | |
|---|---|
| By: /s/ *Mayelin Rodriguez*<br>Alexandra Sierra De Varona<br>Mayelin Rodriguez<br>350 Camino Gardens Blvd., Suite 107<br>Boca Raton, FL  33432<br>561-886-0430<br>ask@devaronalaw.com<br><br>*Counsel for Defendant Alessio Mulasso* | |

CASE NO. 1:23-cv-22338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that a true and correct copy of the foregoing was served by electronic notice on all counsel or parties of record.

*s/ Christina M. Flores*
Christina M. Flores
